Decided March 15, 1923. It appearing from appellee's motion and from the certificate attached that the appeal was taken on March 15, 1921, and that although some extensions were granted for preparing the transcript of the evidence, the first of them was asked for when the time had expired therefor and the transcript not having been filed in this court, the motion is sustained and the appeal is dismissed.

No. 2999. F. Fresno & Co., Appellant, v. Smaine et al., Appellees. — District Court of Humacao. Preferment of credit. Decided March 15, 1923. The appellee's motion for dismissal is sustained.

No. 2083. People, Appellee, v. Sánchez, Appellant. — Second District Court of San Juan. Violation of section 370 of the Penal Code. Decided March 16, 1923. The appellant not having filed a brief as required by Rule 42, the appeal is dismissed.

No. 2039. People, Appellee, v. Burgos, Appellant. — Second District Court of San Juan. Decided March 20, 1923. Violation of section 370 of the Penal Code. The appellant not having filed a brief as required by Rule 42, the appeal is dismissed.

No. 2556. Durkin, Appellant, v. Serrano, Appellee. — District Court of Ponce. Decided March 16, 1923.

Whereas, The only errors assigned by the appellant are the following:

(1) That the District Court of Ponce erred in finding that the defendant had acquired the property by gift from his ancestor, Francisco Serrano.

(2) That the District Court of Ponce erred in finding that defendant Francisco Serrano had held the property for more than 30 years quietly, peaceably, publicly and as owner.

(3) That the District Court of Ponce erred in weighing the evidence and dismissing the complaint;